UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 09-cr-02-01-JD

<u>Daniel Padro</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                        ***/s/ Joseph A. DiClerico, Jr.***
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date:  March 5, 2009

cc:  David Ruoff, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation