UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 09-cr-02-01-JD

<u>Daniel Padro</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted - trial is to be rescheduled to my next trial period, July 21, 2009.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                ***/s/ Joseph A. DiClerico, Jr.***
                Joseph A. DiClerico, Jr.
                United States District Judge

Date: May 21, 2009

cc: David Ruoff, Esq.
   Terry Ollila, Esq.
   U.S. Marshal
   U.S. Probation